FILED
JAN 3 1 2008 *aew*
/-31-2008
MICHAEL W. BOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

AHMAD SIMMS K-52489
Plaintiff

v.

DONALD HULICK-WARDEN
Defendant(s)

08CV687
JUDGE DARRAH
MAGISTRATE JUDGE KEYS

---

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _Ahmad Simms_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # K-52489    Name of prison or jail: MENARD CORR. CENTER
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: $10.00

2. Are you currently employed?    ☐Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____ NA _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____ NA _____
      Name and address of last employer:_____

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                      ☐Yes   ☒No
      Amount_____    Received by_____

b. ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes   ☒No
Amount_____ Received by_____

c. ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes   ☒No
Amount_____ Received by_____

d. ☒ Pensions, ☒ social security, ☒ annuities, ☒ life insurance, ☒ disability, ☒ workers' compensation, ☒ unemployment, ☒ welfare, ☒ alimony or maintenance or ☒ child support     ☐Yes   ☒No
Amount_____NA_____ Received by_____

e. ☐ Gifts or ☐ inheritances     ☐Yes   ☒No
Amount_____ Received by_____

f. ☐Any other sources (state source:____N/A____)     ☐Yes   ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?     ☐Yes   ☒No
Property:_____ Current Value:_____
In whose name held:_____NA_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes   ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____NA_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?    ☐Yes   ☒No
Property:_____NA_____
Current value:_____
In whose name held:_____NA_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____
_____NA_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-28-07

_____
Signature of Applicant

Ahmad Simms (AHMAD SIMS)
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, AHMAD SIMMS, I.D.# K52489, has the sum of $.30 on account to his/her credit at (name of institution) MENARD CC.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

12/17/07
DATE

Geraldine Berry
SIGNATURE OF AUTHORIZED OFFICER

GERALDINE BERRY
(Print name)

Rev. 7/18/02

Date: 12/17/2007  
Time: 10:40am  
d_list_inmate_trans_statement_composite

**MENARD CORRECTIONAL CENTER**
**Trust Fund**
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 06/01/2007 thru End;   Inmate: K52489;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K52489 Simms, Ahmad**                **Housing Unit: MEN-SU-05-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.14 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159159 |  | P/R month of 05/2007 | 8.16 | 8.30 |
| 06/13/07 | Point of Sale | 60 Commissary | 164793 | 653911 | Commissary | -8.30 | .00 |
| 07/06/07 | Payroll | 20 Payroll Adjustment | 187159 |  | P/R month of 06/2007 | 2.40 | 2.40 |
| 07/11/07 | Point of Sale | 60 Commissary | 192746 | 659507 | Commissary | -2.13 | .27 |
| 07/20/07 | Mail Room | 10 Western Union | 201200 | 1992229949 | SMITH, DIANNA | 100.00 | 100.27 |
| 07/21/07 | Mail Room | 10 Western Union | 202200 | 9700823570 | MORRIS, AJA | 50.00 | 150.27 |
| 08/07/07 | Payroll | 20 Payroll Adjustment | 219159 |  | P/R month of 07/2007 | 3.40 | 153.67 |
| 08/24/07 | Point of Sale | 60 Commissary | 236749 | 664550 | Commissary | -67.14 | 86.53 |
| 09/05/07 | Mail Room | 10 Western Union | 248200 | 1931581791 | SIMMS, AYESAA | 180.00 | 266.53 |
| 09/05/07 | Disbursements | 80 Postage | 248359 | Chk #81623 | 41678, DOC: 523 Fund Reimburse, Inv. Date: 08/27/2007 | -2.50 | 264.03 |
| 09/07/07 | Payroll | 20 Payroll Adjustment | 250159 |  | P/R month of 08/2007 | .68 | 264.71 |
| 09/10/07 | Point of Sale | 60 Commissary | 253792 | 667529 | Commissary | -171.29 | 93.42 |
| 09/17/07 | Point of Sale | 60 Commissary | 2607116 | 669905 | Commissary | -89.49 | 3.93 |
| 09/24/07 | Point of Sale | 60 Commissary | 267779 | 671504 | Commissary | -3.70 | .23 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 2841107 |  | P/R month of 09/2007 | 17.44 | 17.67 |
| 10/15/07 | Point of Sale | 60 Commissary | 288774 | 674974 | Commissary | -17.22 | .45 |
| 10/17/07 | Mail Room | 01 MO/Checks (Not Held) | 290245 | 20028137352 | Simms, Ayesha | 50.00 | 50.45 |
| 10/17/07 | Mail Room | 01 MO/Checks (Not Held) | 290245 | 20028137353 | Simms, Ayesha | 5.00 | 55.45 |
| 10/22/07 | Point of Sale | 60 Commissary | 295767 | 677310 | Commissary | -51.83 | 3.62 |
| 11/02/07 | Mail Room | 01 MO/Checks (Not Held) | 306245 | 946828825 | Simms, Cheryl | 25.00 | 28.62 |
| 11/05/07 | Point of Sale | 60 Commissary | 3097116 | 678766 | Commissary | -19.26 | 9.36 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 |  | P/R month of 10/2007 | 19.20 | 28.56 |
| 11/15/07 | Point of Sale | 60 Commissary | 319767 | 682508 | Commissary | -28.44 | .12 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341169 |  | P/R month of 11/2007 | 19.20 | 19.32 |
| 12/10/07 | Point of Sale | 60 Commissary | 344779 | 685397 | Commissary | -14.90 | 4.42 |
| 12/14/07 | Mail Room | 10 Western Union | 348200 | 8979573347 | SIMMS, AYESHA | 20.00 | 24.42 |
| 12/17/07 | Point of Sale | 60 Commissary | 351779 | 687828 | Commissary | -22.12 | 2.30 |

|  |  |
|---|---|
| Total Inmate Funds: | 2.30 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.00 |
| Funds Available: | .30 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/03/2007 | 50874 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
|  |  |  |  | Total Restrictions: | $2.00 |