UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)   AHMAD SIMMS   )
               )
        v.     )
               )   08CV687
               )   JUDGE DARRAH
Defendant(s)   DONALD HULICK-WARDEN   )   MAGISTRATE JUDGE KEYS
               )
               )
               )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, _Ahmad Simms_, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

BY: _Ahmad Simms_
Movant's Signature

_Box 711_
Street Address

_Menard, IL, 62259_
City/State/Zip

Date: 1-21-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name<br>NA | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name<br>NA | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name<br>NA | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name<br>NA | |
| If case is still pending, please check box: ☐ | |

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF ILLINOIS

AHMAD SIMMS K-52489 )
         Plaintiff, )
 )
V. ) No.
 )
DONALD HULICK-WARDEN. )
 ) The Honorable
 )
         Defendants. ) Judge Presiding.

### NOTICE OF FILING

TO:

CLERK OF U.S. DISTRICT COURT

PRISONER CORR. 219 S. DEARBORN STREET

CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE that on or before the 21th day of __January__, 2008, I shall file with the Clerk of the U.S. District Court For The __NORTHERN__ District of Illinois, the attached Plaintiff's __PETITION FOR HABEAS CORPUS__

a copy of which is hereby served upon you.

By: _Ahmad Simms_
Register Number K52489
Post Office Box 711,
Menard, Illinois 62259

### CERTIFICATE OF SERVICE

I, __AHMAD Sims__, being duly sworn aver that I have served copies of the foregoing to the person named above by placing such copies in the U.S. Mailbox at the Menard Correctional Center on the 21st day of __January__, 2008; postage prepaid. UNDER THE PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

BY: _Ahmad Simms_
Affiant/