Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHK

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 687 | DATE | 2-19-08 |
| CASE TITLE | U.S. ex rel. Ahmad Simms # K52489 v. Hulick | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for leave to file in forma pauperis is denied.[3] If petitioner does not pay the $5 filing fee by March 13, 2008, the court shall enter judgment dismissing this case. Petitioner's motion for appointment of counsel is denied without prejudice. [4]

■ [ For further details see text below.]   Docketing to mail notices.

## STATEMENT

Petitioner's motion for leave to file in forma pauperis is denied for lack of a sufficient showing of indigence. Petitioner's financial affidavit reveals that he has a job in the prison and his income for the past six months totals $ 150.48, for his payroll and his gifts from relatives. Because petitioner is a prisoner for whom the state provides the necessities of life, such assets do not qualify him for pauper status. *See Lumbert v. Illinois Department of Corrections*, 827 F.2d 257, 260 (7th Cir. 1987); *Zaun v. Dobbin*, 628 F.2d 990, 993 (7th Cir. 1980). Petitioner is financially able to pay the $5 filing fee for a habeas corpus petition and must do so if he wishes to proceed with this action. He may pay by check or money order made payable to Clerk, United States District Court. If petitioner does not pay the filing fee by September 17, 2007, the court shall enter judgment dismissing this case. *See Brekke v. Morrow*, 840 F.2d 4, 5 (7th Cir. 1988).

Petitioner's motion for appointment of counsel is denied at this time as premature. Counsel must be appointed in a habeas corpus proceeding only if an evidentiary hearing is needed or if interests of justice so require. *See* Rule 8©, Rules Governing Section 2254 Cases. Whether the interests of justice require appointment of counsel in this case cannot be determined until after the Court has had an opportunity to review and consider respondent's answer to the petition.

| | Courtroom Deputy Initials: | STEsteste ste |
|---|---|---|

Page 1 of 1