Date: 3-18-08

To: Judge JOHN W. DARRAH/CLERK's Office
CASE Title: U.S. ex rel. Ahmad Simms # K-52489 v. Hulick
CASE NUMBER: 08 C 0687

FILED
APR - 1 2008
Apr 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

How are you doing in Health & Spirit? jest
fine i pray. I'm writting your office in concerns of my
Filing Fee For "Habeas Corpus" in which i was informed to
pay by March 13,2008. The reason i am writting your office
is to see if you have recieved the Five dollars From
the date of 2-28-08, because i recieved no copy back
From your office saying so if any. Therefore i signed another
"Offender Authorization For Payment," sending another Five-
dollars For the Filing Fee For habeas corpus on March 7, 2008,
in which this time im presented with it March 14, 2008 and
asked by an Officer do i want this mailed off? I sent
two Five dollars Filing Fee's back to back because the
Institution im in now's slow on doing things such as
mail being sent Out and In. So please understand that i
altogether sent (Ten dollars) For the Fee so i wouldn't be
late, on the date's of 2-28-08 and 3-7-08 in which i
pray that you recieved by now. But if not, i ask that you
would call "Menard Correctional Center" to verify that i did
send an [Offender Authorization For Payment] to your office.
Or inform me of who i must contact here at the institution
to call and verify to you what i explain is accoratly troue
being that i have sent Ten dollars to your office. Im also sending
a copy of how money is to be transferred over to you with my

Signature. I thank You For your Time & Consideration in prayer that you have already recieved the Filing Fees!

Sincerely,

Ahmad Simms #K-52489