Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JOHN W. DARRAH | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0687 | 5-12-08 DATE | 5-12-08 |
| CASE TITLE | U.S. ex rel. Ahmad Simms (#K-52489) vs. Donald Hulick | | |

**DOCKET ENTRY TEXT:**

The respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date of this order.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Ahmad Simms, a state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petitioner challenges his convictions for first degree murder, home invasion, and armed robbery on the grounds that: (1) his trial and appellate counsel were ineffective; (2) the State's indictment violated the Fifth Amendment; (3) the trial court committed reversible error in instructing the jury to disregard certain evidence; (4) the petitioner was denied a timely probable cause hearing; and (5) the petitioner was denied his right to confrontation in that defense counsel was precluded from cross-examining a witness for the prosecution.

The petitioner has paid the statutory filing fee as directed. *See* Minute Order of February 19, 2008. The petitioner indicates that he has exhausted state court remedies with respect to the claims raised in his federal habeas petition; furthermore, he appears to have filed his petition in a timely manner. Accordingly, the respondent is ordered to answer the petition or otherwise plead within twenty-one days of the date this order is entered on the Clerk's docket. This preliminary order to respond does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness arguments it may wish to present.

The petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. The petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West

**(CONTINUED)**

mjm

**STATEMENT (continued)**

Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by the petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.